

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00286-CV

| | | |
|---|---|---|
| PHILIP T. PIXLER, Appellant | § | On Appeal from the 271st District Court |
| | § | |
| V. | | of Wise County (CV17-10-820-A) |
| | § | |
| | | August 26, 2019 |
| CITY OF NEWARK, ASHLEY D. MCSWAIN, WILLIAM ANDREW MESSER, MACK REINWAND, RENE CULP, PAMELA THOMPSON, TAYLOR BURTON, AND JEANINE M. INMAN, Appellees | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Philip T. Pixler shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth